JUDGE GRIESA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

JEFFTEX INTERNATIONAL LTD.

Plaintiff,

-v-

JPI TRADING CORP. and JOSEPH
SAFDIEH,

Defendant.

**07 CV 10460**

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

PLAINTIFF JEFFTEX INTERNATIONAL LTD. _____   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

NOV 19 2007
U.S.D....... N.Y.
CASHIERS

**Date:** 11/19/07 _____

_____
**Signature of Attorney**

**Attorney Bar Code:** _____

Form Rule7_1.pdf  SDNY Web 10/2007

*Index No.*              *Year 20*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFTEX INTERNATIONAL LTD.,

Plaintiff,

JPI TRADING CORP. and JOSEPH SAFDIEH

Defendants.

COPY

## 7.1 STATEMENT

GOTTESMAN, WOLGEL, MALAMY,
FLYNN & WEINBERG, P.C.

*Attorneys for*       Plaintiff

11 HANOVER SQUARE
NEW YORK, N.Y. 10005
TEL. NO. (212) 495-0100
FAX NO. (212) 480-9797

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* ...........................................      Signature ........................................................

                Print Signer's Name........................................................

*Service of a copy of the within*                        *is hereby admitted.*

*Dated:*

                            ........................................................
                            *Attorney(s) for*

*PLEASE TAKE NOTICE*

Check Applicable Box

☐
NOTICE OF
ENTRY

*that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on*             *20*

☐
NOTICE OF
SETTLEMENT

*that an Order of which the within is a true copy will be presented for settlement to the
Hon.*                      *, one of the judges of the within-named Court,
at
on*                 *20*      *, at*            *M.*

*Dated:*                                   GOTTESMAN, WOLGEL, MALAMY,
                                  FLYNN & WEINBERG, P.C.

                *Attorneys for*

*To:*

                                  11 HANOVER SQUARE
                                  NEW YORK, N.Y. 10005
                                  TEL. NO. (212) 495-0100