UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEFFTEX INTERNATIONAL LTD.,

                               Plaintiff,

      v.

JPI TRADING CORP. and JOSEPH SAFDIEH,

                             Defendants.
-----------------------------------------------------------------X

Civil Action No.07CV10460
(TPG)

Rule 7.1 Statement

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for JPI TRADING CORP. and JOSEPH SAFDIEH (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Date: January 23, 2008

                                                              **Signature of Attorney**

                                                             **Attorney Bar Code:** TC-3085