# GOTTESMAN, WOLGEL, MALAMY, FLYNN & WEINBERG, P.C.

SAMUEL GOTTESMAN (1905-1974)
HAROLD H. WOLGEL
KENNETH W. MALAMY
LAWRENCE L. FLYNN
STEVEN WEINBERG
ROBERT A. DASHOW

STEWART W. LEE
RICHARD B. DEMAS
RACHAEL FORTE

ATTORNEYS AT LAW
11 HANOVER SQUARE
NEW YORK, N.Y. 10005-2870

TELEPHONE (212) 495-0100
FACSIMILE (212) 480-9797

ARNOLD A. SECUNDA (EMERITUS)
GERALD M. SMITH (EMERITUS)

WRITERS E-MAIL:
slee@gottesmanlaw.com

IN REPLY REFER TO
14179

**MEMO ENDORSED**

February 5, 2008

**BY HAND DELIVERY**

The Honorable Thomas P. Griesa
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Chambers 1630 / Courtroom 26B
New York, New York 10007

Re: Civil Action No. 07-10460 (TPG)
<u>Jefftex International Ltd. v. JPI Trading Corp. & Joseph Safdieh</u>

Dear District Judge Griesa:

This firm is counsel for plaintiff Jefftex International Ltd. in the above referenced action and write in regards to defendants' Motion to Dismiss (ECF Docket Doc. No. 4, 5 & 6) with the consent and knowledge of defendants' counsel.

We respectfully request that Your Honor approve and "So Order" the following briefing schedule proposed and agreed upon by the parties' counsel for the subject Motion to Dismiss:

| | |
|---|---|
| February 27, 2008 | Due Date to Serve and File Oppositions |
| March 12, 2008 | Due Date to Serve and File Replies |

There have been no prior requests for adjournments or extensions of time. Counsel for all the parties has consented to the proposed briefing schedule and its submission to this Court. Based on the January 23, 2008 service of the subject Motion to Dismiss by overnight mail, oppositions would have been originally due on or before February 6, 2008 and replies due five business days after opposition is served. The additional time provided by the proposed Briefing Schedule is needed in part because of the time constraints of plaintiff counsel's schedule.

*approved*
*Thomas P Griesa*
USDJ      2/7/08

The Honorable Thomas P. Griesa
United States District Court
for the Southern District of New York
February 5, 2008
Page 2

    Thank you.

                                              Respectfully yours,

                                              Stewart W. Lee

cc.:    Thomas G. Carulli, Esq. of Kaplan, Von Ohlen & Massamillo, LLC
        *Attorneys for Defendants JPIT Trading Corp. and Joseph Safdieh*
        - Via Facsimile (212) 992-0530 and Electronic Mail (tcarulli@kvolaw.com)