# GOTTESMAN, WOLGEL, MALAMY, FLYNN & WEINBERG, P.C.

SAMUEL GOTTESMAN (1905-1974)
HAROLD H. WOLGEL
KENNETH W. MALAMY
LAWRENCE L. FLYNN
STEVEN WEINBERG
ROBERT A. DASHOW

STEWART W. LEE
RICHARD B. DEMAS
RACHAEL FORTE

ATTORNEYS AT LAW
11 HANOVER SQUARE
NEW YORK, N.Y. 10005-2870

TELEPHONE (212) 495-0100
FACSIMILE (212) 480-9797

ARNOLD A. SECUNDA (EMERITUS)
GERALD M. SMITH (EMERITUS)

WRITERS E-MAIL:
slee@gottesmanlaw.com

IN REPLY REFER TO
14179

**MEMO ENDORSED**

February 26, 2008

**BY HAND DELIVERY**

The Honorable Thomas P. Griesa
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Chambers 1630 / Courtroom 26B
New York, New York 10007



Re:   Civil Action No. 07-10460 (TPG)
      Jefftex International Ltd. v. JPI Trading Corp. & Joseph Safdieh

Dear District Judge Griesa:

This firm is counsel for plaintiff Jefftex International Ltd. in the above referenced action and write in regards to defendants' Motion to Dismiss (ECF Docket Doc. No. 4, 5 & 6), with the consent and knowledge of defendants' counsel.

We respectfully request that Your Honor approve and "So Order" the following REVISED briefing schedule for the subject Motion to Dismiss:

| | |
|---|---|
| March 28, 2008 | Due Date to Serve and File Oppositions |
| April 11, 2008 | Due Date to Serve and File Replies |

Counsel for all the parties has consented to the proposed REVISED briefing schedule and its submission to this Court. This is the first request to revise the original briefing schedule endorsed and so-ordered by this Court. Additional time is needed and sought because the unannounced visit of this season's flu on plaintiffs' counsel over the last two weeks.

Thank you.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

approved
Thomas P. Griesa
USDJ 3/3/08

The Honorable Thomas P. Griesa
United States District Court
for the Southern District of New York
February 26, 2008
Page 2

                                                  Respectfully yours,

                                                  Stewart W. Lee

cc.:    Thomas G. Carulli, Esq. of Kaplan, Von Ohlen & Massamillo, LLC
        *Attorneys for Defendants JPIT Trading Corp. and Joseph Safdieh*
        - Via Facsimile (212) 992-0530 and Electronic Mail (tcarulli@kvolaw.com)