# GOTTESMAN, WOLGEL, MALAMY, FLYNN & WEINBERG, P.C.

ATTORNEYS AT LAW
11 HANOVER SQUARE
NEW YORK, N.Y 10005-2870

TELEPHONE (212) 495-0100
FACSIMILE (212) 480-9797

SAMUEL GOTTESMAN (1905-1974)
HAROLD H WOLGEL
KENNETH W. MALAMY
LAWRENCE L FLYNN
STEVEN WEINBERG
ROBERT A. DASHOW

STEWART W. LEE
RICHARD B. DEMAS
RACHAEL FORTE

ARNOLD A. SECUNDA (EMERITUS)
GERALD M. SMITH (EMERITUS)

WRITERS E-MAIL:
slee@gottesmanlaw.com

IN REPLY REFER TO

14179

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/08

April 11, 2008

## BY HAND DELIVERY

The Honorable Thomas P. Griesa
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Chambers 1630 / Courtroom 26B
New York, New York 10007



RECEIVED
APR 14 2008
CHAMBERS OF
...A

Re:    Civil Action No. 07-10460 (TPG)
       Jefftex International Ltd. v. JPI Trading Corp. & Joseph Safdieh

Dear District Judge Griesa:

This firm is counsel for plaintiff Jefftex International Ltd. in the above referenced action and write in regards to defendants' Motion to Dismiss (ECF Docket Doc. No. 4, 5 & 6), with the consent and knowledge of defendants' counsel.

With the permission of Mr. Jon Beale today (4/11/08), and Mr. Beale's generous understanding of that plaintiffs' counsel needs more time, we respectfully request that Your Honor approve and "So Order" this latest REVISED briefing schedule for the subject Motion to Dismiss which will supersede all prior briefing schedule:

|  |  |
|---|---|
| April 23, 2008 | Due Date to Serve and File Oppositions |
| May 7, 2008 | Due Date to Serve and File Replies |

Counsel for all the parties has consented to the latest proposed REVISED briefing schedule and its submission to this Court. This is the fourth request to revise the original briefing schedule. We sincerely apologize, but we dearly need a bit more time to serve and file plaintiffs' opposition.

Thank you.

approved.
Thomas P. Griesa
USDJ    4/15/08

The Honorable Thomas P. Griesa
United States District Court
for the Southern District of New York
April 11, 2008
Page 2

Respectfully yours,

Stewart W. Lee

cc.:   Thomas G. Carulli, Esq. of Kaplan, Von Ohlen & Massamillo, LLC
       *Attorneys for Defendants JPIT Trading Corp. and Joseph Safdieh*
       - Via Facsimile (212) 992-0530 and Electronic Mail (tcarulli@kvolaw.com)